IN THE UNITED STATES DISTRICT COURT, FOR THE WESTERN DISTRICT OF MICHIGAN

COREY BLOCKER
   Plaintiff
v.
CAROL N. KOENIG
   Defendant
STATE OF MICHIGAN
   Codefendant
GRETCHEN WHITMER
   Codefendant
UNITED STATES OF AMERICA
   Codefendant
JOSEPH R. BIDEN
   Codefendant
SBA
   Codefendant

FILED - LN
August 11, 2022 10:15 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod /     SCANNED BY: /s/ 8/11

1:22-cv-726
Robert J. Jonker
U.S. District Judge

## ORIGINAL COMPLAINT

Corey Blocker makes this original complaint, for this courts record, and on this courts record. Corey Blocker makes this original complaint under rule section 600.6434 of the Michigan legislature. Corey Blocker brings this case also for the violation of Corey Blocker's Due Process clause, which further violates Corey Blockers Constitutional and civil rights. Corey Blocker's Due process clause, and Constitutional, and civil rights have been violated by the defendants with the executive orders being in acted by the National Emergency down the country commonly known as the United States, by the United States of America. Corey Blocker has brought this matter in many case, to this court with this court not providing Corey Blocker his Due process clause, which violates Corey Blockers constitutional and civil rights. Therefore the fact that Corey Blocker, now has proof beyond a shadow of a doubt, of how Corey Blocker's Due process clause was violated by the defendant Judge Carol N. Koenig on August 5 2020 in case # 97-93134. Corey Blocker does not need any more evidence to prove to an unbias juror that Corey Blocker case has merit as all his cases have. Corey Blocker will provided a copy of the P.R bond that he was forced to sign under duress, for a bogus warrant on a failure to appear. Even though said warrant had no Judge signature on it. There is also the fact that Judge Carol N. Koenig also denied Corey Blockers due process clause by not allowing Corey Blockers motion to dismiss said case and for a F.O.C in the amount of $15,000.00 plus Interest.

which furthermore proves the fraud by Jovi the Court has been going on in Corey Blocker's cases. Then there is the fact that the defendants have denied Corey Blocker's due process clause by denying Corey Blocker his grants, and loans, Michigan Unemployment Tax returns for 2019, 2020 stimulus check, car grant Housing. The list can go on, not to mention the Jobs Corey Blocker could be working right now but because the defendants are determine to cause Corey Blocker undoe hardship the defendants have even cost Corey Blocker his dog. Therefore Corey Blocker again, request 6 Trillion as payment for pensatory and punitive damages. Corey Blocker also states for the record that this court must strike down the National Emergency the defendant Joseph R. Biden sign into law and all future National Emergencies to go back under constitutional law so the crimes that are, and have been committed the defendants can be prosecuted for. If this court commits treason against interstate commerce again further proves the U.S Constitution is invalid and this land must be given back to the original aboriginal people, which U.S Chistopher Columbus logs is the Dark brown skin people. Therefore if Corey Blocker is not also granted a permanate injuction against the defendants immediately for the strong arm extortion the defendants are committing. and Granted all the money owed to him by the SBA, IRS, Michigan Unemployment Agency, Department of Human Services, Michigan Housing Authority and the Ingham and Eaton County Friend of the Court. Furthermore proves beyond a shadow of a doubt fraud upon the court by this Court. Now for the truth which is Isaiah chapter 10: versus 1 through 6, and to you my God that is Just and Righteousness I want to first thank you

for being you, and making me, me. Because it is right that you grated me the opportunity to stand and prove your love and Goodness, I Corey Blocker do not take lightly. Therefore no matter what the wicked bring God keep giving me the strength to stand and bare my cross to bare in your name

Amen

Respectfully Submitted

*[signature]*

I Certify that a true and exact copy of this instrument was sent to each defendant on this the 11 day of August 2020

Respectfully Submitted

*[signature]*

You are summons to responded/defended this complaint in the 60 days provided by law by affidavit only. If you do not respond/defend in the 60 days allow your relatives/heirs will be liable for this debt plus penalty of treason of the U.S Constitution until the debt is paid.

Respectfully Submitted

*[signature]*

Judge Carol W. Koenig
313 W Kalamazoo
Lansing MI 48933

Gretchen Whitmer
PO BOX 30013
Lansing MI 48909

Attorney Generals office
525 Ottowa St
Lansing MI 48933

Joseph R. Biden
1600 Pennsylvania Ave NW
Washington D.C 20503

Attorney General office
Department of Justice
950 Pennsylvania Ave NW
Washington D.C 20503

SBA
407 3rd St SW
Washington D.C 20416

Corey Blocker
3165 South Martin Luther King Jr Blvd Unit 243
Lansing MI 48910
517-885-0723